UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 9:11-CV-80523-KLR**

DANIEL LUGO,

       Plaintiff,

v.

MILLER'S ALE HOUSE, INC., and
WEINGARTEN NOSTAT, INC.,

       Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff Daniel Lugo, Defendant Miller's Ale House, Inc. and Defendant Weingarten Nostat, Inc., through their respective undersigned counsel, hereby notify the Court that, on or about July 5, 2011, they executed a Settlement Agreement containing the terms and conditions of a full and final settlement of the instant action.

The parties' Settlement Agreement is expressly subject to and conditioned upon the payment by Defendants to Plaintiff of reasonable attorneys' fees, litigation expenses, and all other costs and fees, including expert witness fees, incurred by Plaintiff and/or Plaintiff's counsel in this action.  Defendants anticipate that such payment will be finalized, following processing by Defendants' respective corporate finance/accounting departments, by July 22, 2011, and will be forwarded to Plaintiff's counsel by such date.  Upon Plaintiff's counsel's receipt of such payment, i.e., July 22, 2011, at the latest, the parties will file an Agreed Order of Dismissal with Prejudice as to all claims asserted in the action with the reservation that this Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement.

Respectfully submitted,

| | |
|---|---|
| Drew M. Levitt, Esq. | GENOVESE JOBLOVE & BATTISTA, P.A. |
| Lee D. Sarkin, Esq. | Miami Tower -- 44th Floor |
| 4700 N.W. Boca Raton Blvd., Suite 302 | 100 S.E. 2nd Street |
| Boca Raton, FL 33431 | Miami, Florida 33131 |
| Tel.:   (561) 994-6922 | Telephone:   (305) 349-2300 |
| Fax:   (561) 994-0837 | Facsimile:   (305) 349-2310 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Miller's Ale House, Inc.* |
| **s/Lee D. Sarkin** | **s/Frank Massabki**[1] |
| DREW M. LEVITT | JONATHAN E. PERLMAN |
| Florida Bar No. 782246 | Florida Bar No. 773328 |
| dml2@bellsouth.net | jperlman@gjb-law.com |
| LEE D. SARKIN | FRANK MASSABKI |
| Florida Bar No. 962848 | Florida Bar No. 687901 |
| lsarkin@aol.com | fmassabki@gjb-law.com |

Holland & Knight
515 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
Tel.:   (954) 525-1000
Fax:   (954) 463-2030
*Attorneys for Defendant Weingarten Nostat, Inc.*

**s/Erika R. Royal**
ERIKA R. ROYAL
Florida Bar No. 154385
erika.royal@hklaw.com

10677-001 / 24

---

[1] I, Frank Massabki, hereby attest that concurrence in the electronic filing of this Notice has been obtained from each of the signatories designated herein.