UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 11-CV-80523-RYSKAMP/VITUNAC

DANIEL LUGO,

    Plaintiff,

v.

MILLER'S ALE HOUSE, INC.
and WEINGARTEN NOSTAT,
INC.,

    Defendants.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** comes before the Court on the parties' joint stipulation of dismissal with prejudice **[DE 17]** entered on August 3, 2011. It is hereby

**ORDERED AND ADJUDGED** that

    (1) This case is **DISMISSED WITH PREJUDICE**;

    (2) Any pending motions are **DENIED AS MOOT**; and

    (3) The Clerk of Court is directed to **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 9 day of August, 2011.

                                        /s/ Kenneth L. Ryskamp
                                        KENNETH L. RYSKAMP
                                        UNITED STATES DISTRICT JUDGE